March 16, 1979

405 A.2d 541

Commonwealth v. Corley, Appellant.

Submitted September 15, 1978. Thomas M. Nocella, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.